IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Lamar Advantage GP Company, LLC : 
 : 
v. : No. 253 C.D. 2018
 : 
City of Pittsburgh Zoning Board of : 
Adjustment and City of Pittsburgh, : 
Appellants : 

# **O R D E R**

NOW, October 21, 2019, having considered Appellants' application for

reargument and Appellee's answer in response thereto, the application is denied.

MARY HANNAH LEAVITT,
President Judge